# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Epifanio Guzman

                       Plaintiff,

v.                                                   Case No.: 1:10−cv−05060
                                                          Honorable Elaine E. Bucklo

Town of Cicero, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 8, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Defendants' motion to dismiss complaint[7] is granted as unopposed and it is so ordered. Status hearing set for 11/30/10 is now vacated. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.